UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFERY PRATTE, )<br>)<br>Defendant. ) | Case No. 4:05CR00706 RWS (DDN) |

## **ORDER**

Defendant Jeffery Pratte is directed to reside at Southeast Missouri Community Treatment Center, Farmington, Missouri, as a condition of his bond.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 27th day of January, 2006.